PROB 12C
(6/16)

Report Date: December 30, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quincy Deshon Oliver           Case Number: 0980 2:17CR00022-WFN-5

Address of Offender:                              , Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 18, 2018

Original Offense:        Conspiracy to Distribute a Controlled Substance Analogue, 4-Fluoroamphetamine,
                         21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846

Original Sentence:       Prison - 48 Months;           Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Caitlin A. Baunsgard         Date Supervision Commenced: October 11, 2019

Defense Attorney:        Federal Defender's Office    Date Supervision Expires: October 10, 2022

## PETITIONING THE COURT

   To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Oliver is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on multiple occasions occurring between on or about December 11 and December 25, 2019, based on urinalysis testing and the client's admission of such use. |
| | On October 10, 2019, Mr. Quincy Oliver signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Oliver was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances. |
| | Specifically, on December 26, 2019, the undersigned officer received a voice mail from the client, in which he indicated a need to speak with the undersigned officer with respect to a matter of some urgency. The undersigned officer returned the client's voice mail on the day in question and the client stated he wanted to notify the undersigned officer he had relapsed |

Prob12C
Re: Oliver, Quincy Deshon
December 30, 2019
Page 2

on methamphetamine, using approximately 9-10 times over the prior 2 weeks. Mr. Oliver advised he wanted to be honest with the undersigned officer, and he was directed to report to the U.S. Probation Office on December 27, 2019, for further discussion.

On December 27, 2019, Mr. Oliver reported to the U.S. Probation Office in Spokane, as directed. He reported he initially relapsed approximately 1 week after the undersigned officer had last met with him at his residence, previously occurring on December 4, 2019, and then maintaining his use through the Christmas holiday, with his last use of the substance occurring on or about December 25, 2019. The client advised he relapsed after being offered the substance on a number of occasions by his roommate. In addition, he advised he ultimately ingested the substance when he returned home to find his roommate using illicit substances in their shared room with several females.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 30, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

01/02/2020
Date