PROB 12C
(6/16)

Report Date: February 4, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Quincy Deshon Oliver | Case Number: 0980 2:17CR00022-WFN-5 |
| Address of Offender: | Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 18, 2018

Original Offense:   Conspiracy to Distribute a Controlled Substance Analogue, 4-Fluoroamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 48 Months; TSR - 36 Months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 11, 2019 | |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: October 10, 2022 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/30/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| 3 | **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Oliver is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about January 30, 2020, based on urinalysis testing and the client's admission of such use. Mr. Oliver is also alleged to have violated special condition number 6 by entering a bar located in Spokane, on or about January 28, 2020, based on the client's admission of such conduct. |
| | On October 10, 2019, Mr. Quincy Oliver signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court. |

Prob12C
Re: Oliver, Quincy Deshon
February 4, 2020
Page 2

Specifically, Mr. Oliver was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Occurring on January 30, 2020, the undersigned officer received a phone call from the client who indicated he had previously reported to the contract provider the day prior, January 29, 2020, for urinalysis testing when his assigned color was called; however, he wanted to first speak with this officer prior to providing a sample for testing. The client committed to reporting to see the undersigned officer on the day in question. Shortly thereafter, the undersigned officer received notification from the contract urinalysis testing provider that the client had reported for testing on January 29, 2020, as required, but had "stalled" when directed to provide a sample.

The client subsequently reported on the day in question as directed, and admitted to traveling into a bar and later ingesting methamphetamine as previously occurring on January 28, 2020. Specifically, the client advised he received a request from an acquaintance that he drive him to a local bar, which he immediately admitted he should not have done. The client advised upon arrival he briefly entered the establishment, which he could not recall the name of, but almost immediately realized he should not be present in the establishment given his imposed conditions. The client advised he then got up to leave but that in doing so, he ran into a former female friend who he understood to be clean and sober. Mr. Oliver indicated he accepted an invitation to return to her residence, but after doing so she began ingesting methamphetamine in his presence, which he ultimately relented to doing himself. Mr. Oliver indicated he used the substance on two separate occasions while present in the individual's apartment prior to his departure.

Mr. Oliver did submit to urinalysis testing on the day in question, which reflected as presumptive positive for methamphetamine. Mr. Oliver did subsequently sign a drug use admission form documenting his use of methamphetamine as previously occurring on January 28, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 4, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Oliver, Quincy Deshon**
**February 4, 2020**
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Signature of Judicial Officer_

2/4/2020
Date