PROB 12C
(6/16)

Report Date:  March 5, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 05, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quincy Deshon Oliver          Case Number: 0980 2:17CR00022-WFN-5

Address of Offender:                              Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 18, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance Analogue, 4-Fluoroamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846 |
| Original Sentence: | Prison - 48 months    Type of Supervision: Supervised Release TSR - 36 months |
| Asst. U.S. Attorney: | James Goeke          Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | Roger Peven          Date Supervision Expires: October 10, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/30/2019 and 02/04/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Quincy Oliver failed to report to the Eastern District of Washington Sobriety Treatment and Education Program (STEP) on March 5, 2020.

On February 20, 2020, Quincy Oliver was instructed by the undersigned officer and the Honorable Wm Fremming Nielsen, Senior U.S. District Judge, to attend the STEP session on March 5, 2020.  Furthermore, Mr. Oliver was provided with a document that reflected his requirement to attend the STEP session on March 5, 2020, and signed said document acknowledging this requirement.

On October 10, 2019, Mr. Quincy Oliver signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court. Specifically, that after initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed

Prob12C
**Re: Oliver, Quincy Deshon**
**March 5, 2020**
**Page 2**

5    **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Quincy Oliver failed to attend his scheduled substance abuse treatment sessions at Pioneer Counseling Services on February 21, 24, 28, and March 4, 2020.

The undersigned officer received notification from Pioneer Counseling Center that Mr. Oliver failed to attend his scheduled substance abuse treatment sessions on February 21, 24, 28, and March 4, 2020.

On October 10, 2019, Mr. Quincy Oliver signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court. Specifically, that he must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program,

6    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Quincy Oliver  failed to report for scheduled urinalysis substance abuse testing at Pioneer Counseling Center as directed on February 20,  25, 28, and March 4, 2020. Furthermore, Quincy Oliver reported for substance abuse testing on March 2, 2020, and refused to provide a urinalysis, but admitted he had consumed methamphetamine.

The undersigned officer received correspondence from Pioneer Counseling Center reporting that Quincy Oliver failed to report for his scheduled urinalysis substance abuse testing as directed on February 20, 25, 28, 2020, and  March 4, 2020. Additional correspondence was received on March 2, 2020, from Pioneer Counseling Services reporting that Mr. Oliver declined to provide a urinalysis on that date, but admitted to consuming methamphetamine.

On October 10, 2019, Mr. Quincy Oliver signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court. Specifically, that he must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Prob12C**
**Re: Oliver, Quincy Deshon**
**March 5, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/05/2020

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/5/2020

Date