PROB 12C
(6/16)

Report Date: November 17, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quincy Deshon Oliver            Case Number: 0980 2:17CR00022-WFN-5

Address of Offender:                Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 18, 2018

Original Offense:    Conspiracy to Distribute a Controlled Substance Analogue, 4-Fluoroamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846

Original Sentence:   Prison - 48 months;           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Caitlin A Baunsgard          Date Supervision Commenced: October 11, 2019

Defense Attorney:    Federal Defenders Office     Date Supervision Expires: October 10, 2022

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/30/2019 and 02/04/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Quincy Oliver violated the terms of his supervised release by failing to attend substance abuse treatment services on or about October 29, and November 3, 5 , 10 and 17, 2021. |
| | On October 10, 2019, a supervision intake was completed with Mr. Quincy Oliver. He signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court, to include the above-noted special condition number 2. |

Prob12C
**Re: Oliver, Quincy Deshon**
**November 17, 2021**
**Page 2**

        Quincy Oliver is enrolled in intensive outpatient substances abuse treatment at Pioneer Human Services (PHS). PHS reported that Mr. Oliver failed to attend group sessions on October 29, and November 3, 10 and 17, 2021. In addition, he failed to attend his individual counseling session on November 5, 2021.

5        **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Quincy Oliver violated the terms of his supervised release by failing to appear for a random drug test on or about October 27, 2021.

        On October 10, 2019, a supervision intake was completed with Mr. Quincy Oliver. He signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court, to include the above-noted special condition number 5.

        Quincy Oliver is enrolled in random drug testing at PHS. He is required to call the testing line daily to determine if he is required to report for drug testing that same day.

        PHS advised that Mr. Oliver failed to appear for a random drug test on October 27, 2021.

6        **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Quincy Oliver violated the terms of his supervised release by consuming a controlled substance, methamphetamine and heroin, on or about October 27, 2021.

        On October 10, 2019, a supervision intake was completed with Mr. Quincy Oliver. He signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court, to include the above-noted special condition number 5.

        On October 29, 2021, Mr. Oliver submitted to a urinalysis at PHS. The sample was presumptive positive for methamphetamine. He signed a drug use admission form admitting he used on October 27, 2021. In addition, a lab report also confirmed a positive presence for methamphetamine and amphetamine.

        On October 21, 2021, a sweat patch was applied to Mr. Oliver and was later removed on October 27, 2021. The lab report for this sweat patch noted a positive presence for morphine and 6-AM, which are consistent with the use of heroin. In addition, it noted a positive presence for amphetamine and methamphetamine.

Prob12C
**Re: Oliver, Quincy Deshon**
**November 17, 2021**
**Page 3**

    When Mr. Oliver was confronted with the positive result for heroin, he denied use, and indicated the methamphetamine may have been "cut" with heroin.

7    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Quincy Oliver violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about November 9, 2021.

    On October 10, 2019, a supervision intake was completed with Mr. Quincy Oliver. He signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court, to include the above-noted special condition number 5.

    On November 9, 2021, Mr. Oliver submitted to a urinalysis at PHS. The sample was presumptive positive for methamphetamine. Mr. Oliver denied use at the time, but later left the undesigned voice messages indicating he had "fucked up again".

    The lab report associated with this drug test is pending.

8    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instruction from the court or the probation office about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    **Supporting Evidence**: It is alleged that Quincy Oliver violated the terms of his supervised release by failing to report to the probation officer as directed on or about November 16, 2021.

    On October 10, 2019, a supervision intake was completed with Mr. Quincy Oliver. He signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court, to include the above-noted standard condition number 2.

    On November 10, 2021, the undersigned attempted to reach Mr. Oliver by phone. A voice message was left directing him to contact the undersigned. He did not respond.

    On November 16, 2021, at approximately 7:55 a.m., the undersigned again attempted to reach Mr. Oliver by phone. A voice message, as well as a text message, was sent directing him to the report no later than 2 p.m. that same day.

    Mr. Oliver failed to report on November 16, 2021, as directed.

Prob12C
**Re: Oliver, Quincy Deshon**
November 17, 2021
Page 4

| | | |
|---|---|---|
| 9 | | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Quincy Oliver violated the terms of his supervised release by failing to appear for a random drug test, on or about November 16, 2021.

On October 10, 2019, a supervision intake was completed with Mr. Quincy Oliver. He signed his conditions relative to case number 2:17CR00022-WFN-5, indicating he understood all conditions as ordered by the Court, to include the above-noted special condition number 5.

Quincy Oliver is enrolled in random drug testing at PHS. He is required to call the testing line daily to determine if he is required to report for drug testing that same day.

PHS advised that Mr. Oliver failed to appear for a random drug test on November 16, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 17, 2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/17/2021

Date